LOUISA D'AURIO and FRANK D'AURIO, as Administratrix and Administrator, etc., of NICHOLAS D'AURIO, Deceased, Appellants, v. LONG ISLAND RAILROAD

COMPANY, Respondent, and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion to consolidate appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.